

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 10–10684
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Power Development, LLC
373 Biltmore Avenue
Asheville, NC 28801
Social Security No.:
Debtor EIN:
20–1926712

# NOTICE OF HEARING ON MOTION/APPLICATION OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on September 2, 2010 the Bankruptcy Administrator filed a(n) Motion to Dismiss Bankruptcy Case in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina. A copy should be served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

**DATE/TIME/LOCATION OF HEARING:**
September 22, 2010
09:30 AM
U.S. Courthouse
Main Courtroom
First Floor
100 Otis Street
Asheville, NC 28801–2611

**ADDRESS OF BANKRUPTCY ADMINISTRATOR:**
Office of U.S. Bankruptcy Administrator
402 West Trade Street, Suite 200
Charlotte, NC 28202–1669
(704)350–7587

Dated: September 3, 2010

David E. Weich
Clerk of Court

Electronically filed and signed (9/3/10)