

| Elaine F. Marshall<br>SECRETARY OF STATE | State of North Carolina<br>Department of The Secretary of State | Cheri L. Myers<br>DIRECTOR OF CORPORATIONS |

March 10, 2010

**Power Development, LLC**
**DAVID      PAYNE            , Agent**
**One Oak Plaza Ste 105**
**Asheville, NC 28801**

NOTICE OF GROUNDS FOR ADMINISTRATIVE DISSOLUTION OF: Power Development, LLC

Recently, this office conducted an internal review of the annual reports filed for all Limited Liability Companies in North Carolina. Unfortunately, the review indicates that the above referenced limited liability company is not in compliance with the North Carolina Limited Liability Company Act and is delinquent in delivering one (1) annual report(s).

The Secretary of State is authorized by N.C.G.S. 57C-6-03 to administratively dissolve a limited liability company if one or more grounds for dissolution exist. Please note that while the dissolution process has not yet been concluded, this Notice is the first step of the dissolution process. In order to prevent administrative dissolution, the limited liability company must file the appropriate annual report(s) within sixty (60) days from the date of this Notice.

**Determining Annual Reports Due**
You may view a listing of annual reports previously submitted to the Secretary of State's Office by clicking the link to the Corporations Division web pages at www.sosnc.com. You will need to search for your company by name, then click "File Annual Report Online." This will bring you to a listing of annual reports submitted. From this page you will be able to see if an annual report was submitted but not filed due to an error which to date has not been corrected and/or determine how many annual reports are required to become compliant. The due date for filing a Limited Liability Companys annual report is on or before April fifteenth of each year the entity is of record.

**Online Filing**
Utilize the above referenced link to the entity profile page, then click on "File an Annual Report" at the top of the page and follow the directions. The Fee is $202.00.

**Paper Filing**
You may also print a pre-populated form from the same web page by clicking "Print a pre-populated annual report form." If there are any changes, cross out the old information and enter the correct information, then mail the report and fees to the Corporations division at the address on the bottom of the form. The fee is $200.00.

If you have any concerns or experience any technical difficulty with the filing process, please contact our staff at (919) 807-2225.

Respectfully,
The Corporations Division

