FedEx

## Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Corporations Division | David Payne |
| NC Secretary of State | David R Payne, P.A. |
| 2 S SALISBURY ST | 373 Biltmore Avenue |
| RALEIGH, NC | Asheville, NC |
| 276012903 | 28801 |
| US | US |
| 919-807-2225 | 8282580076 |

**Shipping Information**
Tracking number: 796262881531
Ship date: 09/20/2010
Estimated shipping charges: 15.91

**Package Information**
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information**
Bill transportation to: David R Payne PA-362
Your reference: Power Development, LLC
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with Fedex ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or speical is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items lised in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Case 10-10684 Doc 61-1 Filed 09/21/10 Entered 09/21/10 11:39:57 Desc Exhibit
Sec of State reinstatement Page 1 of 10

**DAVID R. PAYNE, P.A.**
**Operating Account**
373 Biltmore Avenue, Suite B
Asheville, NC 28801
(828) 258-0076

**SunTrust Bank**
10 South Pack Square
Asheville, NC 28801
(828) 232-6055

66-46 / 531

1287

DATE 09/20/2010

PAY TO THE ORDER OF NC Secretary of State $ 500.00

Five Hundred and no 00/100************************************ DOLLARS

MEMO Power Development, LLC
Annual Report Fee/Reinstatement

⑈001287⑈ ⑆053100465⑆ 1000085660594⑈

**DAVID R. PAYNE, P.A.** 1287

SUNTRUST OP

NC Secretary of State
$500.00
Power Development, LLC
Annual Report Fee/Reinstatement Fee
09/20/2010

**DAVID R. PAYNE, P.A.** 1287

# DRP

# DAVID R. PAYNE, P.A.

Carey D. Young, NCCP
Adaire K. Camden, NCCP
Megan L. Sherar, Paralegal
Henry A. Padilla, Paralegal

David R. Payne, Attorney at Law
James K. Minick, Attorney at Law

September 20, 2010

**VIA OVERNIGHT MAIL**

Secretary of State
State of North Carolina
Corporations Division
2 South Salisbury Street
Raleigh, NC 27601-2903

Re:     ***Power Development, LLC***
        *Items required for reinstatement*

Dear Sir or Madam:

Enclosed please find the following:

1. 2009 Annual Report;
2. 2010 Annual Report;
3. Application for Reinstatement; and
4. A check in the amount of $500.00

Should you have any questions, please do not hesitate to contact us.

Sincerely,

DAVID R. PAYNE, P.A.

Adaire K. Camden
Paralegal

Enclosure

373 BILTMORE AVENUE, SUITE B, ASHEVILLE, NORTH CAROLINA, 28801
PHONE: (828) 258-0076; FAX: (828) 281-2873
**LINEA EN ESPAÑOL:** (828) 393-3000
www.drplawfirm.com

# LIMITED LIABILITY COMPANY
# ANNUAL REPORT



NAME OF LIMITED LIABILITY COMPANY: *Power Development, LLC*

STATE OF INCORPORATION: *NC*

SECRETARY OF STATE L.L.C. ID NUMBER: *0752928*

NATURE OF BUSINESS: *Real Estate Development*

REGISTERED AGENT: *PAYNE, DAVID R*

REGISTERED OFFICE MAILING ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801*

REGISTERED OFFICE STREET ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801 Buncombe County*

SIGNATURE OF THE NEW REGISTERED AGENT: _____
SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT.

PRINCIPAL OFFICE TELEPHONE NUMBER: *(828) 258-0076*

PRINCIPAL OFFICE MAILING ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801*

PRINCIPAL OFFICE STREET ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801*

MANAGERS/MEMBERS/ORGANIZERS:

Name: *Shire Properties, LLC*
Title: *Manager*
Address:
*One Oak Plaza, Suite 105*
*Asheville, NC 28801*

CERTIFICATION OF ANNUAL REPORT MUST BE COMPLETED BY ALL LIMITED LIABILITY COMPANIES

_David R. Payne_

FORM MUST BE SIGNED BY A MANAGER/MEMBER                           DATE

Member/ Manager of Shire           9/20/2010
Properties, LLC                    DATE
TYPE OR PRINT NAME          MEMBER MANAGER
TYPE OR PRINT TITLE

ANNUAL REPORT FEE: $200   MAIL TO: Secretary of State · Corporations Division · Post Office Box 29525 · Raleigh, NC 27626-0525

1-606-6791602

# LIMITED LIABILITY COMPANY
# ANNUAL REPORT



NAME OF LIMITED LIABILITY COMPANY: *Power Development, LLC*

STATE OF INCORPORATION: *NC*

SECRETARY OF STATE L.L.C. ID NUMBER: 0752928

NATURE OF BUSINESS: *Real Estate Development*

REGISTERED AGENT: *PAYNE, DAVID R*

REGISTERED OFFICE MAILING ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801*

REGISTERED OFFICE STREET ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801 Buncombe County*

SIGNATURE OF THE NEW REGISTERED AGENT: _____
SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT.

PRINCIPAL OFFICE TELEPHONE NUMBER: (828) 258-0076

PRINCIPAL OFFICE MAILING ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801*

PRINCIPAL OFFICE STREET ADDRESS: *One Oak Plaza Ste 105*
*Asheville, NC 28801*

MANAGERS/MEMBERS/ORGANIZERS:

Name: *Shire Properties, LLC*
Title: *Manager*
Address:
*One Oak Plaza, Suite 105*
*Asheville, NC 28801*

CERTIFICATION OF ANNUAL REPORT MUST BE COMPLETED BY ALL LIMITED LIABILITY COMPANIES

_____          9/20/09
FORM MUST BE SIGNED BY A MANAGER/MEMBER          DATE

*David R. Payne*, Member/Manager of Shire Properties, LLC
TYPE OR PRINT NAME          TYPE OR PRINT TITLE

ANNUAL REPORT FEE: $200    MAIL TO: Secretary of State • Corporations Division • Post Office Box 29525 • Raleigh, NC 27626-0525

1-606-679/602

**State of North Carolina**
**Department of the Secretary of State**

## APPLICATION FOR REINSTATEMENT FOLLOWING ADMINISTRATIVE DISSOLUTION OF
## LIMITED LIABILITY COMPANY

Pursuant to §57C-6-03(c) of the North Carolina General Statutes, the undersigned limited liability company hereby submits this Application for Reinstatement Following Administrative Dissolution:

1. The name of the applicant limited liability company is: Power Development, LLC

2. The effective date of the administrative dissolution of the applicant limited liability company was: 09/02/2010

3. The ground or grounds for administrative dissolution of the applicant limited liability company as stated in its Certificate of Dissolution was or were:

   Failure to file an annual report effective as of the date set forth hereunder.

4. Complete either (a) or (b) as appropriate:

   (a)   The grounds stated above for the administrative dissolution of the applicant limited liability company did not exist. (Insert brief explanation.)

   (b)   The grounds stated above for the administrative dissolution of the applicant limited liability company have been eliminated. (Insert brief explanation.)

   The Annual Reports for 2009 and 2010 are being filed on September 20, 2010.

5. Enclosed is a fee of $100.00 as required by §57C-6-03(c) of the North Carolina General Statutes.

This the 20th _____ day of _____ September _____ , 20 10 .

Power Development, LLC
_____
Name of Limited Liability Company

[signature]

Shire Properties, LLC
By David R. Payne, Member/Manager
_____
Signature

_____
Type or Print Name and Title

Notes:
1.  Filing fee for this Application for Reinstatement is $100.00, payable by check made to the order of the Secretary of State.
2.  This Application must be filed with the Secretary of State.

CORPORATION DIVISION                    P.O. BOX 29525              RALEIGH, NC 27626-0525
(Revised January 2000)                                                              (Form L-08)

North Carolina Secretary of State



North Carolina

**DEPARTMENT** OF THE
**SECRETARY** OF **STATE**

*Elaine F. Marshall*
*Secretary*

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 9/20/2010

Click here to:
View Document Filings | Sign Up for E-Notifications |
📄 Print apre-populated Annual Report Form | File an Annual Report |

### Corporation Names

| Name Type | Name |
|---|---|
| LEGAL | NC POWER DEVELOPMENT, LLC |

### Limited Liability Company Information

| | |
|---|---|
| **SOSID:** | 0752928 |
| **Status:** | Admin. Dissolved |
| **Effective Date:** | 11/18/2004 |
| **Dissolution Date:** | |
| **Annual Report Due Date:** | |
| **Citizenship:** | DOMESTIC |
| **State of Inc.:** | NC |
| **Duration:** | PERPETUAL |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | PAYNE, DAVID R |
| **Office Address:** | ONE OAK PLAZA STE 105 |
| | ASHEVILLE NC 28801 |
| **Mailing Address:** | ONE OAK PLAZA STE 105 |
| | ASHEVILLE NC 28801 |

### Principal Office

| | |
|---|---|
| **Office Address:** | ONE OAK PLAZA STE 105 |
| | ASHEVILLE NC 28801 |
| **Mailing Address:** | ONE OAK PLAZA STE 105 |
| | ASHEVILLE NC 28801 |

### Officers

| | |
|---|---|
| **Title:** | **MANAGER** |
| **Name:** | |
| **Business Address:** | ONE OAK PLAZA, SUITE 105 |
| | ASHEVILLE NC 28801 |

This website is provided to the public as a part of the Secretary of State Knowledge Base (SOSKB) system. Version: 129

Document Id: C201024538823

## State of North Carolina

Department of The Secretary of State



# CERTIFICATE OF DISSOLUTION

I, Elaine F. Marshall, Secretary of State, as mandated by law, do hereby certify that

**Power Development, LLC,**

has been administratively dissolved pursuant to the procedure set forth in N.C.G.S. Section 57C-6-03
for failure to file an annual report effective as of the date set forth hereunder.

A Limited Liability Company administratively dissolved under N.C.G.S. Section 57C-6-03 may apply
to the Secretary of State for reinstatement by complying with the procedure set forth in the N.C.G.S.
Section 57C-6-03.

**This the 2nd day of September, 2010**

*Elaine F. Marshall*

Elaine F. Marshall
**Secretary of State**

---

**NOTICE TO REGISTERED AGENT:**

Under N.C.G.S. Section 55D-30(b), it is the duty of the registered agent to forward this certificate to the business entity at the last known address.

Power Development, LLC (0752928)
One Oak Plaza Ste 105
Asheville, NC 28801



North Carolina
# DEPARTMENT OF THE SECRETARY OF STATE
*Elaine F. Marshall*
*Secretary*

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

**Online Annual Reports for: Power Development, LLC**

If you do not plan to pay by Credit Card, Electronic Check, or ACH or if you need to change the entity's registered agent's name, click here to print out a pre-populated annual report.

No refunds will be issued to entities accidentally selecting the "multiple reports" button. You will be charged a filing fee for each year listed.

This entity's status is not current-active. Annual reports cannot be accepted online at this time.

Date Formed: 11/18/2004
Previous Annual Report Submissions: ↓

| | Date Filed | Document Accepted ↓ | Document | Document Id | Year Due ↓ |
|---|---|---|---|---|---|
| 📄 | 11/18/2004 | Yes | Creation Filing | C200432200224 | 2004 |
| 📄 | 3/17/2005 | Yes | Annual Report | 2005 097 00192 | 2005 |
| 📄 | 11/15/2006 | Yes | Annual Report | C200614301049 | 2006 |
| 📄 | 10/15/2007 | Yes | Annual Report | C200728800498 | 2007 |
| 📄 | 10/15/2007 | Yes | Annual Report | C200728800502 | 2008 |

Year due is a comparison between the number of annual reports that have been filed verses the number of reports that were due.  If your year count is incorrect email corpinfo@sosnc.com before filing your annual report.

To be current, you must have an annual report on file for each year you have been incorporated, organized or registered as a partnership.

If you are planning to file for multiple years by mail and make changes using the online format, use the multiple report button on the right. The single year report button on the left will not be updated to receive additional year reports that have been received by this Department and processed. You may also download the pre-populated annual report to file by mail.

If any of the documents have not been accepted and there is 1)"rejected" indicated in the last column – the Secretary of State's Office has received the document and returned to the business entity for corrections. When the Annual Report is received with required corrections the document will be accepted for filing, 2) "pending" – The Secretary of State's Office has received the document and it has not been processed yet. Review status at another time.

If you start an annual report and do not complete & file it, you will have 1 week to complete & file the report before the annual report information is reset to the information in our database.

*When is my annual report due?*

According to N.C.G.S. 57C-2-23, all LLC Annual Reports are due on April 15th of the current year.

Prior to the 2002 legislative changes, most LLCs due date for filing their Annual Report fell in the next calendar year, according to when their fiscal year ended.

https://www.secretary.state.nc.us/corporations/ARReport/Frm?.aspx?PitemId=6701603

This website is provided to the public as a part of the Secretary of State Knowledge Base (SOSKB) system. Version: 111

North Carolina Secretary of State